**Fernando NELSON AYALARAMOS, a.k.a. Jose, a.k.a. Nelson Fernando Ramos–Ayala, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

**No. 11–56487.**

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2014.*

Filed July 29, 2014.

Fernando Nelson Ayala–Ramos, Pecos, TX, pro se.

Curtis A. Kin, Esquire, Assistant· U.S., Office of the U.S. Attorney, Los Angeles, CA, for Respondent–Appellee.

Before: GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Federal prisoner Fernando Nelson Ayala–Ramos appeals from the district court's order denying his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence. We have jurisdiction under 28 U.S.C. § 2253. We review de novo the district court's denial of a section 2255 motion, *see United States v. Aguirre–Ganceda,* 592 F.3d 1043, 1045 (9th Cir. 2010), and we vacate and remand.

Ayala–Ramos contends that his counsel rendered ineffective assistance by failing

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

to comply with instructions to file a notice of appeal. The government agrees that this claim is controlled by *United States v. Sandoval–Lopez,* 409 F.3d 1193, 1197–98 (9th Cir.2005), which holds that when counsel fails to follow a client's instructions to file a notice of appeal, there is both deficient performance and prejudice. Accordingly, we vacate and remand to the district court for an evidentiary hearing to determine the veracity of Ayala–Ramos's allegation that counsel did not follow his instructions to file a notice of appeal. *See id.* at 1198. Alternatively, if the government does not object, the district court may vacate and reenter the judgment in Ayala–Ramos's criminal proceedings, allowing AyalaRamos to file a timely notice of appeal. *See id.*

**VACATED and REMANDED with instructions.**

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.